**Peter Robert Stone, SBN: 160048**
Attorney And Counselor At Law
A Professional Corporation
**Janusz Seremak, SBN: 161505**
4811 Chippendale Drive, Suite 204
P.O. Box 41199
Sacramento, CA 95841
Telephone: (916) 348-5600

Attorney For Defendant,
AMCO INSURANCE COMPANY

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYNDA YOUNG, | NO. CIV. S-02-0063 WBS GGH |
| Plaintiff, | SUBSTITUTION OF ATTORNEY |
| vs. | |
| AMCO INSURANCE COMPANY, AND DOES 1 - 50, | |
| Defendants. | |

THE COURT AND ALL PARTIES ARE NOTIFIED THAT: Defendant, AMCO INSURANCE COMPANY, makes the following substitution:

Former legal representative: Attorney, G. Edward Rudloff, Jr.

New legal representative: Attorney, Peter Robert Stone.
   State Bar Number: 160048
   Address: 4811 Chippendale Drive, Suite 204
   Sacramento, California, 95841.
   Telephone Number: 916-348-5600

I consent to this substitution.
Dated:  7/27/05          /s/_____
                         AMCO INSURANCE COMPANY

I consent to this substitution.
Dated:  6/9/05           /s/_____
                         G. EDWARD RUDLOFF JR.

I accept this substitution.
Dated:  6/14/05          /s/_____
                         PETER ROBERT STONE

-1-

1
2   IT IS SO ORDERED:
3
4   DATED: August 9, 2005
5
6                                    _____
                                      WILLIAM B. SHUBB
7                                     UNITED STATES DISTRICT JUDGE
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-2-

1
2
3
## PROOF OF SERVICE

4  CASE NAME:     LYNDA YOUNG vs AMCO INSURANCE COMPANY AND
                 DOES 1 - 50
5
6  CASE NUMBER:   CIV. S-02-0063 WBS GGH

7  COURT:         UNITED STATES DISTRICT COURT
                 EASTERN DISTRICT OF CALIFORNIA

8  I am a citizen of the United States and a resident of the County of Sacramento; I am over the age of eighteen years and not a party to the within above-referenced action; my business mailing address is 4811 Chippendale Drive, Suite 204, Sacramento, California, 95841, on this day I served the enclosed:
9
10
                      SUBSTITUTION OF ATTORNEY
11
   _X_   By placing a true copy thereof enclosed in a sealed envelope with postage
12       thereon fully prepaid, in the United States mail at Sacramento, California,
         addressed as set forth below.
13
   Darrel Craig Rumley
14 Law Offices Of Darrel C. Rumley
   3017 Douglas Boulevard, Suite 300
15 Roseville, CA 95661

16 G. Edward Rudloff, Jr.
   Rudloff Wood and Barrows, LLP
17 2000 Powell Street, Suite 900
   Emeryville, CA 94608
18
         I declare under penalty of perjury and under the laws of the State of
19 California that the foregoing is true and correct.

20       Executed this —— day of May 2005, at Sacramento, California.

21 _____
         Penny Stone
22
23
24
25
26
27
28
                                 -3-